UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by SA D.C.
ELECTRONIC
Mar 10, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. **11-80041-CR-DIMITROULEAS/SNOW**

18 USC § 922(g)(1)
18 USC § 922(a)(2)
18 USC § 2
26 USC § 5861(d)
26 USC § 5861(i)
26 USC § 5871

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLEM DEMETRIOS BEAUCHAMP,

    Defendant.

_____/

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

Between on or about October 20, 2009, and on or about October 21, 2009, in Palm Beach County, in the Southern District of Florida, the defendant,

**CLEM DEMETRIOS BEAUCHAMP,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and one or more rounds of ammunition, in and affecting commerce, to wit: a N.E.F. Model R92 .22 caliber revolver, and approximately twelve (12) rounds of Remington .22 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

Between on or about October 20, 2009, and on or about October 21, 2009, in Palm Beach County, in the Southern District of Florida, the defendant,

**CLEM DEMETRIOS BEAUCHAMP,**

did knowingly possess a "firearm" as defined under Title 26, United States Code, Sections 5845(a)(7) and Title 18, United States Code, Section 921(a)(24), to wit, a silencer, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871, and Title 18, United States Code, Section 2.

## COUNT 3

Between on or about October 20, 2009, and on or about October 21, 2009, in Palm Beach County, in the Southern District of Florida, the defendant,

**CLEM DEMETRIOS BEAUCHAMP,**

did knowingly possess a "firearm" as defined under Title 26, United States Code, Sections 5845(a)(7) and Title 18, United States Code, Section 921(a)(24), to wit, a silencer, which firearm was not identified by a serial number as required by Chapter 53 of Title 26 of the United States Code.

In violation of Title 26, United States Code, Sections 5861(i) and 5871, and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CHEM DEMETRIOS BEAUCHAMP,

Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami ___ Key West
___ FTL  _X_ WPB ___ FTP

New Defendant(s)         Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  _No_
   List language and/or dialect _____

4. This case will take  _4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                     (Check only one)

   I   0 to 5 days       _X_        Petty    ___
   II  6 to 10 days      ___        Minor    ___
   III 11 to 20 days     ___        Misdem.  ___
   IV  21 to 60 days     ___        Felony   _X_
   V   61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _Yes_
   If yes:
   Magistrate Case No.              11-8071-JMH
   Related Miscellaneous numbers:   N/A
   Defendant(s) in federal custody as of  03/04/2011
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **CLEM DEMETRIOS BEAUCHAMP**

**Case No:**

Count #: 1

Convicted felon in possession of a firearm and one or more rounds of ammunition.

18 U.S.C. §§ 922(g)(1), 924(a)(2)

* **Max.Penalty:**   0-10 years' imprisonment; $250,000.00 fine;
3 years Supervised Release

Count #: 2

Possession of a firearm without being registered in the National firearms Registration and Transfer Record.

26 USC §§ 5861(d) and 5871; 18 USC § 2

* **Max.Penalty:**   0-10 years' imprisonment; $250,000.00 fine;
3 years Supervised Release

Count #: 3

Possession of a firearm without a serial number.

26 U.S.C. §§ 5861(i) and 5871; 18 USC § 2

* **Max.Penalty:**   0-10 years' imprisonment; $250,000.00 fine;
3 years Supervised Release

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.