UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80041-Cr-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLEM DEMETRIOS BEAUCHAMP,

    Defendant.
_____/



## ORDER

**THIS CAUSE** came before the Court on defendant Clem Demetrios Beauchamp's *ore tenus* motion made at the Status Re: Counsel Hearing held in this matter on March 18, 2011, at which time the defendant, having been determined to not be indigent, requested additional time to retain and secure counsel. The Court having again advised the defendant of his Speedy Trial Rights, and the Court being fully advised of the reasons and basis for the defendant's motion, it is hereby:

**ORDERED AND ADJUDGED** that the defendant's motion is **GRANTED,** and the Status Re: Counsel Hearing, and Arraignment, is continued until April 4, 2011. For the reasons set forth above, and in the record of the hearing conducted on March 18, 2011, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, and that all time from the making of defendant's motion, that is, March 18, 2011, through the Status Re: Counsel Hearing set for April 4, 2011, shall be deemed excludable for purposes of the Speedy Trial Act, Title 18, United States Code, Section 3161, *et seq.*

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 21 day of March, 2011.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc:   AUSA John C. McMillan (WPB)