UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 11-80041-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

CLEM BEAUCHAMP,

          Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 19, 2011. At that conference, the parties informed the Court as follows:

1. The Government represented that it yesterday complied with its obligations under the Standing Discovery Order. The Government further represented that there are no motions currently pending, that it is ready to proceed, and that this matter would require three days to try.

2. Defense counsel stated that he has not yet received the Government's discovery response.

DATED at Fort Lauderdale, Florida this 19th day of April 2011.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

John McMillan, Esq.
Assistant United States Attorney

Robert Berube, Esq.
Assistant Federal Public Defender
Attorney for Defendant Clem Beauchamp